**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates To:** ***All Cases in Pleading Bundle B3*** | * | **MAG. JUDGE WILKINSON** |

| | | |
|---|---|---|
| **ANH DANG** | * | **CIVIL ACTION No.** 2:17-CV-2387 |
| **VERSUS** | * | **SECTION J** |
| **BP AMERICA PRODUCTION COMPANY** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE WILKINSON** |

**COMPLAINT IN ADMIRALTY**

1. Plaintiff Anh Ngoc Dang is the widow of Can Van Nguyen and was his wife at all times relevant to the contract at issue in this suit. Anh Dang has been appointed as the natural tutrix of her and Can Van Nguyen's two children, who are Can Van Nguyen's only heirs. Anh Dang's children are minors. Anh Ngoc Dang brings this suit on behalf of herself and her children as the successors in interest of the contract rights asserted herein.
2. BP America Production Company (BP) is a Delaware corporation with its principal place of business in Houston, Texas. BP America Production was the party to the Drilling Contract with Transocean Ltd. for the drilling of the Macondo well by the Deepwater Horizon vessel. This Court has personal jurisdiction over BP America, because BP America is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana.
3. This is an admiralty or maritime claim within the meaning of Rule 9(h).

4. On May 13, 2010, Can Van Nguyen and BP entered a Master Vessel Charter Agreement, HOU-1479, wherein BP agreed to time charter Can Van Nguyen's 36-foot vessel, LA 7185 BR, at a rate of $1,500 per day.
5. BP is the drafter of Master Vessel Charter Agreement, HOU-1479.
6. Can Van Nguyen was a commercial fisherman who had no prior history of dealings with BP and had no knowledge of standard industry practices regarding vessel chartering.
7. Can Van Nguyen underwent approved oil spill response training on April 30, 2010 and again on September 4, 2010.
8. Beginning at the latest on May 13, 2010, Can Van Nguyen delivered the LA 7185 BR and made it available to BP's exclusive use.
9. BP terminated the charter effective on November 26, 2010 with an "Off Hire Dispatch Notification". The "Off Hire Dispatch Notification" was received by Can Van Nguyen on November 30, 2010.
10. BP failed to pay Can Van Nguyen for the hire of the LA 7185 BR.
11. BP owes Can Van Nguyen's successors $303,000 plus interest under the terms of the charter agreement.
12. In accordance with Pre-Trial Order 63 (Rec. Doc. 22295), Anh Ngoc Dang attaches a completed Sworn Statement to this Complaint.

PRAYER

Wherefore, Plaintiff, Anh Ngoc Dang, prays for judgment against Defendant, BP America Production Company for all amounts owed under the contract, interest from the date the amounts were owed, and all further relief the Court deems just and proper.

Respectfully submitted, this the 22nd day of March, 2017.

*s/ Clay Garside*
Clay Garside (LA Bar # 29873)
Cheryl Wild-Don de'Ville (LA Bar #28805)
Waltzer Wiygul & Garside, LLC
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@wwglaw.com
cheryl@wwglaw.com
Tele: (504) 254-4400
Fax: (504) 254-1112

**Certificate of Service**

Pursuant to PTO 63, this Complaint is being served on BP and the Plaintiff's Steering Committee via File & ServeXpress.

*s/ Clay Garside*
Clay Garside (LA Bar # 29873)